# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                                                   **Crim. No. 5:15-CR-183-1D**

**WILLIAM PETTY**

On December 9, 2014, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                          I declare under penalty of perjury that the foregoing is true and correct.

                                          /s/ Michael C. Brittain  
                                          Michael C. Brittain  
                                          Supervising U.S. Probation Officer  
                                          310 New Bern Avenue, Room 610  
                                          Raleigh, NC 27601-1441  
                                          Phone: 919-861-8674  
                                          Executed On: March 2, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this   6   day of   March  , 2017.

                                               James C. Dever III  
                                              Chief U.S. District Judge